PHILIP BOROWSKY, P.C. (State Bar No. 56590)
CHRISTOPHER J. HAYES (State Bar No. 184287)
BOROWSKY & HAYES LLP
One Market Plaza, Suite 1275
Steuart Tower
San Francisco, California 94105-1403
Telephone: (415) 896-6800
Facsimile: (415) 896-0600

Attorneys for Plaintiff NOREEN T. LOONE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NOREEN T. LOONE,<br><br>    Plaintiff,<br><br>    v.<br><br>GOODRICH CORPORATION, doing business in California as New York Goodrich Corporation, and DOE 1 through DOE 100,<br><br>    Defendants. | No. 2:06-CV-02323-MCE-KJM<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>Judge: Hon. Morrison C. England |

Plaintiff Noreen T. Loone and Defendant Goodrich Corporation hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: July 11, 2007

                                  BOROWSKY & HAYES LLP

                                  /s/ Christopher J. Hayes
                                  By: CHRISTOPHER J. HAYES
                                  Attorneys for Plaintiff NOREEN T. LOONE

Dated: July 11, 2007

                                  LITTLER MENDELSON, P.C.

                                  /s/ Jerrilyn T. Malana
                                  By: JERRILYN T. MALANA
                                  Attorneys for Defendant GOODRICH CORPORATION

BOROWSKY & HAYES LLP
One Market Plaza, Suite 1275
Steuart Tower
San Francisco, CA 94105
Tel. (415) 896-6800
Fax (415) 896-0600

C:\iFolder\mengland\Home\TO DOCKET CIVIL\06cv02323.stipandorder.0717.wpd
Stipulation of Dismissal [FRCP 41(a)] and Order of Dismissal                 No. 2:06-CV-02323-MCE-KJM

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: July 17, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

BOROWSKY & HAYES LLP
One Market Plaza, Suite 1275
Steuart Tower
San Francisco, CA 94105
Tel. (415) 896-6800
Fax (415) 896-0600

C:\iFolder\mengland\Home\TO DOCKET CIVIL\06cv02323.stipandorder.0717.wpd
Stipulation of Dismissal [FRCP 41(a)] and Order of Dismissal                    No. 2:06-CV-02323-MCE-KJM